

Email: aarono@andruslaw.com

March 8, 2016

**VIA ECF**

Hon. J.P. Stadtmueller
U.S. District Judge
U.S. District Court for the Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, WI 53202

Re: *The Medical College of Wisconsin, Inc. v. Attachmate Corporation*
Case No. 15-cv-151 (E.D. Wis.)

Dear Judge Stadtmueller:

Further to the entry from Magistrate Judge Goodstein (Dkt. 141), and pursuant to the Court's request, counsel for the parties hereby notify the Court that the parties have reached a settlement of this case. The parties are currently preparing settlement and dismissal papers. The parties respectfully request that the Pretrial Conference scheduled for March 15, 2016 and the Trial scheduled for March 21-25 be removed from the Court's calendar, and that all deadlines be held in abeyance until the parties submit the appropriate dismissal papers with the Court, which the parties expect to do before long.

Yours truly,

/s/Aaron T. Olejniczak

Aaron T. Olejniczak
Counsel for Defendant, Attachmate Corporation


/s/S. Edward Sarskas

S. Edward Sarskas
Counsel for Plaintiff, The Medical College of Wisconsin

ATO/mgm