# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

THE MEDICAL COLLEGE OF WISCONSIN, INC.,

       Plaintiff,

v.

ATTACHMATE CORPORATION,

       Defendant.

Case No. 2:15-cv-00151-JPS

## STIPULATION OF DISMISSAL OF
## ALL CLAIMS AND COUNTERCLAIMS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff The Medical College of Wisconsin, Inc. and Defendant Attachmate Corporation hereby stipulate to the dismissal *with prejudice* of all pending claims and counterclaims in the above-captioned action, waiving all rights of appeal, and with each party bearing its own fees and costs.

Date: April 7, 2016

The Medical College of Wisconsin, Inc.
By its Attorneys,

By: s/ *S. Edward Sarskas*
S. Edward Sarskas, SBN 1025534
Melanie J. Reichenberger, SBN 1061510
Patricia L. Jenness, SBN 1082658
Joseph P. Serge, SBN 1096546
MICHAEL BEST & FRIEDRICH LLP
100 East Wisconsin Avenue
Suite 3300
Milwaukee, WI 53202
Telephone: 414.271.6560
Facsimile: 414.277.0656
sesarskas@michaelbest.com
mjreichenberger@michaelbest.com
pljenness@michaelbest.com
jpserge@michaelbest.com

Attachmate Corporation
By its Attorneys,

Date: April 7, 2016

By: s/ *Bradford J. Axel*
Bradford J. Axel
Theresa H. Wang
STOKES LAWRENCE, P.S.
1420 5th Ave – Ste 3000
Seattle, WA 98101
Telephone: 206.626.6000
Facsimile: 206.464.1496
bradford.axel@stokeslaw.com
theresa.wang@stokeslaw.com

Aaron T. Olejniczak
ANDRUS INTELLECTUAL PROPERTY LAW LLP
100 East Wisconsin Avenue
Suite 1100
Milwaukee, WI 53202
Telephone: 414.271.7590
Facsimile: 414.271.5770
aarono@andruslaw.com