UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| THE MEDICAL COLLEGE OF WISCONSIN, INC., <br><br> Plaintiff, <br><br> v. <br><br> ATTACHMATE CORPORATION, <br><br> Defendant. | Case No. 15-CV-151-JPS <br><br><br> ORDER |

On April 7, 2016, the parties in this matter jointly filed a Stipulation of Dismissal. (Docket #150). The parties seek dismissal with prejudice of all pending claims and counterclaims in the above-captioned action, waiving all rights of appeal, and with each party bearing its own fees and costs. (Docket #150). The Court will adopt the parties' stipulation (Docket #150) under Federal Rule of Civil Procedure 41(a) and dismiss this case with prejudice.

Accordingly,

IT IS ORDERED that the Stipulation of Dismissal filed by the parties (Docket #150) be and the same is hereby ADOPTED; this matter be and the same is hereby DISMISSED with prejudice.

Dated at Milwaukee, Wisconsin, this 12th day of April, 2016.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge